LISE WERTHEIMER, PROSECUTRIX, v. POLICE COURT OF THE BOROUGH OF CLIFFSIDE PARK, NEW JERSEY, RESPONDENT.

Argued January 20, 1948—Decided March 4, 1948.

Before Justices BODINE, HEHER and WACHENFELD.

For the prosecutrix, *Meyer Pesin* and *Hiram Elfenbein*.

For the respondent, *Joseph W. Marini*.

The opinion of the court was delivered by

WACHENFELD, J.   This case is ruled by the companion case of *Peck et al.* v. *Police Court of the Borough of Fort Lee*, 137 *N. J. L.* 19.   The demand for a trial by jury should have been allowed for the reasons therein expressed.

Judgment reversed, with costs.